Dismissed and Memorandum Opinion filed August 6, 2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00395-CV

____________

 

ADVENTURES IN BIRDS AND PETS, INC. and BETTY JEAN
JORDAN, Appellants

 

V.

 

THE CITY OF HOUSTON, TEXAS, Appellee

 



 

On Appeal from the
County Civil Court at Law No. 4

Harris County,
Texas

Trial Court Cause
No. 801,238

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed February 7, 2008. 
On March 31, 2009, the parties attended mediation pursuant to this court=s order.  On July 29, 2009, the
parties filed an agreed motion to dismiss the appeal because they have reached
a settlement agreement.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices
Yates, Frost and Brown.